David W. Sanford, D.C. Bar No. 457933 (*Pro Hac Vice*)
Deborah Marcuse, CT Bar No. 429294 (*Pro Hac Vice*)
Janette Wipper, DC Bar No. 467313 (*Pro Hac Vice*)
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Ave., NW, Suite 310
Washington, D.C. 20009
Telephone:   (202) 742-7777
Facsimile:   (202) 742-7776
Email:       dsanford@nydclaw.com

Jeremy Heisler, N.Y. Bar No. 1653484 (*Pro Hac Vice*)
Steven L. Wittels, N.Y. Bar No. 2004635 (*Pro Hac Vice*)
**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, N.Y. 10022
Telephone:   (646) 723-2947
Facsimile:   (646) 723-2948
Email:       jheisler@nydclaw.com

Deepika Bains, N.Y. Bar No. 4584009 (Pending)
**SANFORD, WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Tel: (646) 723-2947

Edward D. Chapin, CA Bar No. 053287
Jill M. Sullivan, CA Bar No. 185757
**OF COUNSEL SANFORD, WITTELS & HEISLER, LLP**
550 West "C" Street, Suite 2000
San Diego, CA 92101
Telephone:   (619) 241-4810
Facsimile:   (619) 955-5318
Email:       ed@chapinwheeler.com
             jill@chapinwheeler.com

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT MORRIS**
1666 Connecticut Ave, NW, Suite 310
Washington, D.C. 20009
Telephone:   (202) 742-7783
Facsimile:   (202) 742-7776

*Attorneys for Plaintiffs Lola Lint, Norma Waddell, David Yang*
*on behalf of themselves individually and all others similarly situated*

**UNITED STATES DISTRICT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LOLA LINT, NORMA WADDELL, and DAVID YANG, on behalf of themselves individually and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY/ NORTHWESTERN MUTUAL,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.:   09CV1373 DMS (RBB)<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID YANG** |

## I.

## **INTRODUCTION**

The law firms Sanford Wittels & Heisler, LLP, the Law Offices of Grant Morris, and all of the individual lawyers affiliated with those law firms, move this Court for an order relieving them as attorneys of record for Plaintiff David Yang.

## II.

## **GROUNDS FOR RELIEF**

Because revealing the facts on which this motion is based would involve disclosure of client confidences, the undersigned attorneys represent and certify to the Court that good grounds for withdrawal exist under one or more of the grounds specified in California Code of Professional Responsibility, Rule 3-700(C)(1) or ABA Model Rules of Professional Conduct 1.16(b)(1) through (7).  However, if the court insists on a factual showing as a condition of granting this motion, the attorneys will supply the Court with affidavits that are sealed and shown only to the client and the Court, or will testify in chambers in a hearing attended only by the Court, the client, the moving attorneys, and the court reporter, with the transcript to be sealed until further order of the Court, or whatever other method is acceptable to the Court that will not breach client confidences.

As explained in the Declaration of Jill Sullivan, the client David Yang was served with this motion in the best possible manner by overnight delivery by FedEx to the client at his home address, and by email to his current email address.

1    If this motion is granted, David Yang may be served with notices and papers at:

2 16668 Commons Creek Drive, Charlotte, NC  28277.  Mr. Yang may be contacted by

3 telephone at (704) 839-3692.

### III.

### **CONCLUSION**

6    The law firms Sanford Wittels & Heisler, LLP, the Law Offices of Grant Morris, and all

7 of the individual lawyers affiliated with those law firms respectfully request that this Court

8 enter their proposed order, submitted concurrently herewith, relieving them as attorneys of

9 record for Plaintiff David Yang.

11 DATED:   April 16, 2010              Respectfully submitted,

/S/ Jill M. Sullivan_____
Edward D. Chapin, Esq.
Jill M. Sullivan, Esq.
**OF COUNSEL**
**SANFORD, WITTELS & HEISLER, LLP**
550 West "C" Street, Suite 2000
San Diego, CA 92101
Telephone:  (619) 241-4810
Facsimile:   (619) 955-5318
Email:        echapin@chapinwheeler.com
                   jsullivan@chapinwheeler.com

David W. Sanford, Esq.
Deborah Marcuse, Esq.
Janette Wipper, Esq.
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Ave., NW, Suite 310
Washington, DC 20009
Telephone:  (202) 742-7780
Facsimile:   (202) 742-7776
Email:        dsanford@nydclaw.com

25 / / / / /

26 / / / / /

27 / / / / /

28 / / / / /

-3-
MOTION TO WITHDRAW AS ATTORNEY OF COUNSEL FOR DAVID YANG               CASE NO.:  09CV1373 DMS (RBB)

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | Steven Wittels, Esq.                                            |
|    | Jeremy Heisler, Esq.                                            |
| 2  | **SANFORD, WITTELS & HEISLER, LLP**                             |
|    | 950 Third Avenue, 10th Floor                               |
| 3  | New York, NY 10022                                              |
|    | Telephone:  (646) 723-2947                                      |
| 4  | Facsimile:   (646) 723-2948                                     |
|    | Email:        jheisler@nydclaw.com                              |
| 5  |                                                                 |
| 6  |                                                                 |
|    | Grant Morris, Esq.                                              |
| 7  | **LAW OFFICES OF GRANT MORRIS**                                 |
|    | 1666 Connecticut Ave., NW, Suite 310                            |
| 8  | Washington, D.C.  20009                                         |
|    | Telephone:  (202) 742-7783                                      |
| 9  | Facsimile:   (202) 742-7776                                     |
| 10 |                                                                 |
|    | *Attorneys for Plaintiffs Lola Lint, Norma Waddell,*            |
| 11 | *David Yang on behalf of themselves individually*               |
|    | *and all others similarly situated*                             |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28