1  David W. Sanford, D.C. Bar No. 457933 (*Pro Hac Vice*)
   Deborah Marcuse, CT Bar No. 429294 (*Pro Hac Vice*)
2  Janette Wipper, DC Bar No. 467313 (*Pro Hac Vice*)
3  **SANFORD, WITTELS & HEISLER, LLP**
   1666 Connecticut Ave., NW, Suite 310
4  Washington, D.C. 20009
   Telephone:   (202) 742-7777
5  Facsimile:    (202) 742-7776
   Email:         dsanford@nydclaw.com
6
   Jeremy Heisler, N.Y. Bar No. 1653484 (*Pro Hac Vice*)
7  Steven L. Wittels, N.Y. Bar No. 2004635 (*Pro Hac Vice*)
8  **SANFORD, WITTELS & HEISLER, LLP**
   950 Third Avenue, 10th Floor
9  New York, N.Y.  10022
   Telephone:   (646) 723-2947
10 Facsimile:    (646) 723-2948
   Email:         jheisler@nydclaw.com
11
12 Deepika Bains, N.Y. Bar No. 4584009 (Pending)
   **SANFORD, WITTELS & HEISLER, LLP**
13 1350 Avenue of the Americas, 31st Floor
   New York, NY  10019
14 Tel: (646) 723-2947

15 Edward D. Chapin, CA Bar No. 053287
   Jill M. Sullivan, CA Bar No. 185757
16 **OF COUNSEL SANFORD, WITTELS & HEISLER, LLP**
   550 West "C" Street, Suite 2000
17 San Diego, CA 92101
   Telephone:   (619) 241-4810
18 Facsimile:    (619) 955-5318
19 Email:         ed@chapinwheeler.com
                  jill@chapinwheeler.com
20
   Grant Morris, D.C. Bar No. 926253
21 **LAW OFFICES OF GRANT MORRIS**
   1666 Connecticut Ave, NW, Suite 310
22 Washington, D.C.  20009
   Telephone:   (202) 742-7783
23 Facsimile:    (202) 742-7776
24
   *Attorneys for Plaintiffs Lola Lint, Norma Waddell, David Yang*
25 *on behalf of themselves individually and all others similarly situated*

26
                    **UNITED STATES DISTRICT**
27
              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
28

-1-

DECLARATION OF JILL M. SULLIVAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL          CASE NO.: 09CV1373 DMS (RBB)
FOR PLAINTIFF DAVID YANG

| | |
|---|---|
| LOLA LINT, NORMA WADDELL, and DAVID YANG, on behalf of themselves individually and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY/ NORTHWESTERN MUTUAL,<br><br>Defendant. | Case No.:   09CV1373 DMS (RBB)<br><br>**DECLARATION OF JILL M. SULLIVAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID YANG**<br><br>DATE:<br>TIME:<br>DEPT:<br><br>JUDGE: |

I, Jill M. Sullivan, declare as follows:

1. I am attorney duly licensed to practice before all courts in the State of California and am of counsel to the law firm Sanford, Wittels and Heisler, LLP, attorneys of record for Plaintiffs Lola Lint, Norma Waddell, David Yang on behalf of themselves individually and all others similarly situated (collectively "Plaintiffs") in the above-entitled lawsuit. I have personal knowledge of the matters set forth herein and if called to testify, I could, and would testify as to the following facts.

2. Grounds for withdrawal as counsel to Plaintiff David Yang exist under one or more of the grounds specified in California Code of Professional Responsibility, Rule 3-700(C)(1) or ABA Model Rules of Professional Conduct 1.16(b)(1) through (7).

3. On April 16, 2010, pursuant to CCP § 1013(c), I served the instant Motion to Withdraw as Counsel for Plaintiff David Yang and Declaration of Jill M. Sullivan in support thereof on David Yang by depositing the instant Motion in a box or other facility regularly maintained by Fed Ex in my office building located at 550 West "C" Street, San Diego, CA 92101.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

-2-

-3-

1    4.    I also transmitted the instant Motion by email to David Yang.  The email
2 transmission was reported as complete and without error and a transmission report was
3 properly issued indicating the date and time of receipt of the transmission.
4    I declare under the penalty of perjury under the laws of the State of California that the
5 foregoing is true and correct.  Executed at San Diego, California on April 16, 2010.

7                                                     /S/ Jill M. Sullivan
                                                      Jill M. Sullivan

-4-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

DECLARATION OF JILL M. SULLIVAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL         CASE NO.:  09CV1373 DMS (RBB)
FOR PLAINTIFF DAVID YANG