**NUNC PRO TUNC**
APR 2 3 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 APR 26 PM 4:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| LOLA LINT, NORMA WADDELL, AND DAVID YANG, on behalf of themselves Individually and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NORHTWESTRN MUTUAL LIFE INSURANCE COMPANY/ NORTHWESTERN MUTUAL,<br><br>Defendant. | Case No.:  09CV1373 DMS (RBB)<br><br>NOTICE OF MOTION AND MOTION FOR DISMMISSAL OF PLAINTIFF LOLA LINT. |

## MOTION FOR DISMISSAL OF PLAINTIFF LOLA LINT

I, David S. Yang the lead plaintiff of this case 09CV1373 DMS (RBB) against Northwestern Mutual Life. I am asking the court to dismiss Lola Lint from this class action case. After discovering Lola Lint health condition, I'm asking the court to grant this dismissal of plaintiff Lola Lint.

If called to be testify, I'll produce the genuine documents & taped conversations that will show plaintiff Lola Lint health issues. In the grounds specified in California Code of Professional Responsibility, Rule 3-110(A)(B).

Dated: April 20, 2010

Respectfully submitted,

_____
David S. Yang / Lead Plaintiff