APR 2 6 2010

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

2010 APR 28  AM 9: 38

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| LOLA LINT, NORMA WADDELL, AND DAVID YANG, on behalf of themselves Individually and all other similarly situated, ) ) ) ) | Case No.: 09CV1373 DMS (RBB) **NOTICE OF MOTION AND OBJECT TO COUNSEL WITHDRAW FOR LEAD PLAINTIFF DAVID YANG** |

LOLA LINT, NORMA WADDELL,
AND DAVID YANG, on behalf of themselves
Individually and all other similarly situated,

             Plaintiffs,

vs.

NORHTWESTRN MUTUAL LIFE
INSURANCE COMPANY/
NORTHWESTERN MUTUAL,

             Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:   09CV1373 DMS (RBB)

**NOTICE OF MOTION AND OBJECT TO COUNSEL WITHDRAW FOR LEAD PLAINTIFF DAVID YANG**

## MOTION TO OBJECT TO COUNSEL WITHDRAW

I, David S. Yang the lead plaintiff of this case 09CV1373 DMS (RBB) against Northwestern Mutual Life. I object to Jill Sullivan and their firm withdrawal from this class action. I am the one who founded this case, hired all the attorneys, produced the other two plaintiffs, produce almost all of the genuine documents and I'm the one who has suffered the most from this ordeal. As the lead plaintiff of this class action, I'm asking the court to deny this motion presented by Jill Sullivan and their firm.

If called to be testify, I'll produce the genuine documents, taped conversations and witness that will show I didn't do anything wrong. Jill Sullivan and their firm attempted to dismiss me several times without reasons. Rather, Jill Sullivan and her firm should be disciplined for taking advantage of me and the other plaintiffs. I'm asking the court to investigate the violation committed by Jill Sullivan and her firm. In the grounds specified in California Code of Professional Responsibility, Rule 3-500 & Rule 3-100(A).

Dated:  April 19, 2010

Respectfully submitted,

David S. Yang / Lead Plaintiff