1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**
9            **SOUTHERN DISTRICT OF CALIFORNIA**
10

11    LOLA LINT, et al.,                        CASE NO. 09CV1373 DMS (RBB)

12                              Plaintiff,      **ORDER RE: MOTION TO**
              vs.                               **WITHDRAW AS COUNSEL**
13

14    NORTHWESTERN MUTUAL LIFE
      INSURANCE COMPANY,
15
                              Defendant.
16

17          On April 16, 2010, Plaintiffs' counsel filed a motion to withdraw as attorney for Plaintiff David

18    Yang. (Doc. 35.) Mr. Yang and Defendants oppose the motion. (Docs. 41 & 42.) The Court requires

19    further information regarding the grounds for Plaintiffs' counsel's motion.  Accordingly, Plaintiffs'

20    counsel shall file affidavits in support of the motion on or before May 12, 2010.  The affidavits shall

21    be filed under seal.

22          **IT IS SO ORDERED.**

23    DATED:  April 30, 2010

24                                              _____
25                                              HON. DANA M. SABRAW
26                                              United States District Judge

27

28