NUNC PRO TUNC

JUN 0 4 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 JUN -9 AM 11:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORN

| | |
|---|---|
| LOLA LINT, NORMA WADDELL, AND DAVID YANG, on behalf of themselves Individually and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWESTRN MUTUAL LIFE INSURANCE COMPANY/ NORTHWESTERN MUTUAL,<br><br>Defendant. | Case No.:  09CV1373 DMS (RBB)<br><br>NOTICE OF MOTION TO UNSEAL THE AFFIDAVIT PROVIDED BY THE COUNSEL. |

NOTICE OF MOTION TO UNSEAL THE AFFIDAVIT PROVIDED
BY THE COUNSEL.

   I, David S. Yang the lead plaintiff of this case 09CV1373 DMS (RBB) against Northwestern Mutual Life.  I'm asking the court to unseal the affidavit provided by the counsel.  I want to see what this affidavit is about and why it's so important.  My counsel has been trying to abandon me for the last six month.   I've done exactly what my counsel asked me to do.

Dated:  June 2, 2010

Respectfully submitted,

David S. Yang / Lead Plaintiff