# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLA LINT, et al., <br><br> Plaintiffs, <br> vs. <br><br> NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 09CV1373 DMS (RBB) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

This matter came on for status conference on June 25, 2010, following this Court's grant of Plaintiffs' counsel's motion to withdraw as counsel for David Yang. Jill Sullivan appeared on behalf of Plaintiffs Lola Lint and Norma Waddell. David Yang appeared *pro se*. Jennifer Bradford appeared on behalf of Defendant.

The Court grants David Yang additional time to locate new counsel. The matter is set for status conference on **August 13, 2010** at **10:30 a.m.** If Mr. Yang is unable to locate counsel by that time, he shall proceed on his individual claims but will not be able to represent any other potential class members.

Defendant shall file its motions to compel within two weeks of either: 1) an appearance by Mr. Yang's new counsel, or 2) the date of the status conference.

The Court will defer ruling on Mr. Yang's pending motions, Docket Numbers 39, 60, and 62, until after the August 13 status conference.

**IT IS SO ORDERED.**

DATED: June 25, 2010

_____
HON. DANA M. SABRAW
United States District Judge