1  MORGAN, LEWIS & BOCKIUS LLP
   BARBARA J. MILLER (SBN 167223)
2  JENNIFER L. BRADFORD (SBN 203871)
   5 Park Plaza, Suite 1750
3  Irvine, CA 92614
   Tel:  949.399.7000
4  Fax:  949.399.7001
   E-mail:  barbara.miller@morganlewis.com
5           jbradford@morganlewis.com

6
   MORGAN, LEWIS & BOCKIUS LLP
7  CHRISTOPHER A. PARLO, *Pro Hac Vice*
   101 Park Avenue
8  New York, NY 10178-0600
   Tel: 212.309.6000
9  Fax: 212.309.6001
   E-mail:  cparlo@morganlewis.com
10
   Attorneys for Defendant
11 NORTHWESTERN MUTUAL LIFE INSURANCE
   COMPANY
12
                    UNITED STATES DISTRICT COURT
13
                   SOUTHERN DISTRICT OF CALIFORNIA
14

| 15 | LOLA LINT, NORMA WADDELL, AND DAVID YANG, on behalf of themselves individually and all others similarly situated, | Case No. 09 CV 1373 DMS (RBB) |
|---|---|---|
| 16 | | **DEFENDANT NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF DAVID YANG** |
| 17 | Plaintiff, | |
| 18 | vs. | |
| 19 | NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | [Fed. R. Civ. P. 56] |
| 20 | | Date:     September 17, 2010 |
| 21 | Defendant. | Time:     1:30 p.m.<br>Courtroom: 10 |
| 22 | | |
| 23 | | Complaint Filed:  June 25, 2009<br>Trial Date:       None Set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB1/64774218.1

09 CV 1373 DMS (RBB)
NOTICE OF MOTION & MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 17, 2010, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10 of the above-entitled Court, located at 940 Front Street, San Diego, California 92101, Defendant Northwestern Mutual Life Insurance Company ("Northwestern Mutual") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 56, for an order granting its Motion for Summary Judgment in favor of Northwestern Mutual as to Plaintiff David Yang ("Yang"). Specifically, this Court should grant summary judgment on Yang's First Cause of Action for purported unlawful failure to pay required minimum wages and overtime compensation in violation of the Fair Labor Standards Act ("FLSA"), because undisputed facts establish that Yang qualifies for the outside sales exemption under the FLSA.

This Motion is made pursuant to Federal Rule of Civil Procedure 56 on the grounds that there is no genuine issue as to any material fact as to Yang's claims and that Northwestern Mutual is entitled to judgment as a matter of law for the reasons set forth above.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Barbara J. Miller, all pleadings and papers on file in this action, matters on which this Court may take judicial notice, and on such other argument and evidence as may be presented to the Court prior to or at the hearing on this matter.

Dated: July 23, 2010                                   MORGAN, LEWIS & BOCKIUS LLP


By:   /s/ Barbara J. Miller
    Barbara J. Miller

Attorneys for Defendant
NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY